JOHN C. RODGERS, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Rodgers* v. *City of New York,* 100 App. Div. 516, affirmed.
(Argued June 7, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1905, affirming a judgment in favor of plaintiff as to the first, in favor of defendant as to the third, and dismissing the second, fourth and fifth causes of action, entered upon a verdict, and also affirming an order denying a motion for a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE CITY OF NEW YORK, Respondent, v. PREBLE TUCKER, Appellant.

*City of New York* v. *Tucker,* 91 App. Div. 214, affirmed.
(Argued June 7, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Lawson Purdy* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *George S. Coleman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.